# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**CIVIL ACTION NO. 03-cv-00286-REB**

**Antonio Farrell,**
    **Petitioner,**

**vs.**

**Rick Soars, et al.,**
    **Respondent.**

## ORDER RETURNING STATE COURT RECORD

On careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, December 31, 2008.

            BY THE COURT:

            s/ Robert E. Blackburn
            **Robert E. Blackburn**
            **United States District Judge**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record signed by Judge,_____, was mail to the following:

Date:                                          By:_____
                                                   **Deputy Clerk**